UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT J. BAHASH,<br><br>      Defendant. | Civil No. 1:07-cv-01530-CKK<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor Boca Raton Firefighters and Police Pension Fund ("Boca Raton F&P Fund") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order: (i) appointing Boca Raton F&P Fund as Lead Plaintiff; (ii) approving Boca Raton F&P Fund's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Boca Raton F&P Fund submits herewith a Memorandum of Law and Declaration of Nancy M. Juda dated October 29, 2007.

DATED:  October 29, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA (DC Bar # 445487)


              /s/ *Nancy M. Juda*
NANCY M. JUDA

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on October 29, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum In Support Of The Motion Of Boca Raton Firefighters And Police Pension Fund For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead And Liaison Counsel; and
>
> Declaration Of Nancy M. Juda In Support Of The Motion Of Boca Raton Firefighters And Police Pension Fund For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

MCGRAW-HILL

Service List - 10/29/2007   (07-0216)

Page 1 of 1

**Counsel For Defendant(s)**

Robert J. Bahash
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, NY  10020
   212/512-2564

**Counsel For Plaintiff(s)**

David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Nancy M. Juda
Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036
   202/822-6762
   202/828-8528 (Fax)

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
Mercantile - Towson Building
409 Washington Avenue, Suite 300
Towson, MD  21204
   410/321-8400
   410/321-8407 (Fax)

Joel L. Lipman
O'Rourke Katten & Moody
161 North Clark Street, Suite 2230
Chicago, IL  60601
   312/849-2020
   312/849-2021 (Fax)