UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of all Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT J. BAHASH,<br><br>                Defendant. | Civil Action No. 1:07-cv-01530-CKK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appear for and on behalf of Lead Plaintiff movants Bristol County Retirement System, Empire State Carpenters Annuity Fund, Empire State Carpenters Pension Fund and Empire State Carpenters Welfare Fund (collectively, the "McGraw-Hill Investor Group" or "Movant") in the above-captioned action and request that copies of all papers in the action be served upon them at the addresses below.

Dated:  October 29, 2007

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD**
**& TOLL, P.L.L.C.**

 /s/ Daniel S. Sommers
Steven J. Toll (D.C. Bar. No. 225623)
Daniel S. Sommers (D.C. Bar. No. 416549)
S. Douglas Bunch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Movant's Liaison Counsel*

**LABATON SUCHAROW LLP**
Andrei V. Rado
Christopher J. Keller
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**KIRBY MCINERNEY LLP**
Ira M. Press
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Movant's Proposed Co-Lead Counsel*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael M. Goldberg
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
John H. Byington III
425 Broadhollow Road, Suite 405
P.O. Box 9064
Melville, New York 11747
Telephone: (631) 249-6565
Facsimile: (631) 777-6906

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Stuart L. Berman
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Additional Plaintiffs' Counsel*