UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of all Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>ROBERT J. BAHASH,<br><br>                  Defendant. | Civil Action No. 1:07-cv-01530-CKK |

**THE MCGRAW-HILL INVESTOR GROUP'S RESPONSE TO THE COMPETING
MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF
<u>SELECTION OF LEAD COUNSEL</u>**

Bristol County Retirement System, Empire State Carpenters Annuity Fund, Empire State Carpenters Pension Fund, and Empire State Carpenters Welfare Fund (collectively, the "McGraw-Hill Investor Group" or "Movant") respectfully submits this response to the remaining motion for appointment of Lead Plaintiff in the above-captioned case.

Having reviewed the competing motion filed by Boca Raton Firefighters and Police Pension Fund ("Boca Raton F & P Fund"), it appears that the McGraw-Hill Investor Group does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). For this reason, the McGraw-Hill Investor Group does not oppose the motion of the Boca Raton F & P Fund as Lead Plaintiff.

If, for any reason, the Boca Raton F & P Fund is unable to serve as Lead Plaintiff in this action, the McGraw-Hill Investor Group stands ready to serve as Lead Plaintiff if called upon by the Court.

Dated: November 12, 2007                      Respectfully submitted,

                                                     **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

                                                    _____/s/ Daniel S. Sommers_____
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

*Movant's Local Counsel*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**KIRBY MCINERNEY LLP**
Ira M. Press
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Movant's Proposed Co-Lead Counsel*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael M. Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
John H. Byington III
425 Broadhollow Road, Suite 405
P.O. Box 9064
Melville, New York 11747
Telephone: (631) 249-6565
Facsimile: (631) 777-6906

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Stuart L. Berman
280 Kings of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Additional Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. BAHASH,<br><br>Defendant. | Civil Action No. 1:07-cv-01530-CKK |

## CERTIFICATE OF SERVICE

I, Daniel S. Sommers, hereby certify that on November 12, 2007, a true and correct copy of the McGraw Hill Investor Group's Response to the Competing Motion for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel was served on the following counsel by electronic mail:

Steven Richard Freeman
FREEMAN, WOLFE & GREENBAUM, P.A.
409 Washington Avenue
Suite 300
Towson, MD 21204
(410) 321-8400
srf@fwglaw.com

Nancy M. Juda
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036
(202) 822-2024
nancyj@csgrr.com

Dated: November 12, 2007                          /s/
                                         Daniel S. Sommers