UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>ROBERT J. BAHASH,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:07-cv-01530-CKK<br><br>CLASS ACTION |

NOTICE OF NON-OPPOSITION TO BOCA RATON FIREFIGHTERS AND POLICE PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

On October 29, 2007, within 60 days of the publication of the requisite notice on August 28, 2007, Institutional Investor Boca Raton Firefighters and Police Pension Fund ("Boca Raton F & P Fund") timely filed a Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel. One other motion was filed by Bristol County Retirement System, Empire State Carpenters Annuity Fund, Empire State Carpenters Pension Fund and Empire State Carpenters Welfare Fund (collectively, the "McGraw-Hill Investor Group").

On November 12, 2007, the McGraw-Hill Investor Group filed a response to Boca Raton F & P Fund's motion, stating that it does not possess the largest financial interest and thus does not oppose Boca Raton F & P Fund's motion. Therefore, Boca Raton F & P Fund respectfully submits this notice to inform the Court that its motion is unopposed.

As set forth in its prior submissions, Boca Raton F & P Fund: (i) timely filed its lead plaintiff motion; (ii) has the largest financial interest in the relief sought by the class (having suffered losses of $241,546.63); (iii) satisfies the requirements of Federal Rule of Civil Procedure 23; and (iv) typifies the type of investor encouraged by Congress to serve as lead plaintiff in cases such as this. *See* 15 U.S.C. §78u-4(a)(3)(B); *see also Ferrari v. Impath, Inc.,* No. 03 Civ. 5667, 2004 U.S. Dist. LEXIS 13898, *10 (S.D.N.Y. July 15, 2004) (holding that the purpose behind the PSLRA is best achieved by encouraging institutional investors to serve as lead plaintiffs).

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, Boca Raton F & P Fund is the "most adequate plaintiff" to lead this litigation on behalf of the class and its selection of lead counsel should be approved. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *see also Jolly Roger Offshore Fund v. BKF Capital Group*, No. 07 Civ. 3923 (RWS), 2007 U.S. Dist. LEXIS 60437 (S.D.N.Y. Aug. 14, 2007) (granting unopposed lead plaintiff motion); *Fitzgerald v. Citigroup Inc.*, No. 03 Civ. 4305 (DAB), 2004 U.S. Dist. LEXIS 5066, at *12-*13 (S.D.N.Y. March 26, 2004) (same).

DATED: December 7, 2007    COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP
                            NANCY M. JUDA (DC Bar # 445487)


                             /s/ *Nancy M. Juda*
                            NANCY M. JUDA

                            1100 Connecticut Avenue, N.W., Suite 730
                            Washington, DC  20036
                            Telephone:  202/822-6762
                            202/828-8528 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL J. GELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff