UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>ROBERT J. BAHASH,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 1:07-cv-01530-CKK<br><br>CLASS ACTION |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rules of the United States District Court for The District of Columbia, the undersigned counsel hereby moves the Court to enter an Order granting leave to David J. George of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of Proposed Lead Plaintiffs, Boca Raton Firefighters and Police Pension Fund, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1) Mr. George has been a member in good standing of the bar of Florida since October 4, 1991.

2) There are no disciplinary proceedings against Mr. George as a member of the bar in any jurisdiction.

3) Mr. George has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for The District of Columbia.

4) In further support of this motion, Mr. George has submitted herewith his declaration for admission *pro hac vice*.

DATED: January 9, 2008
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA (DC Bar # 445487)


　　　　　　　　　　　　　　　　　　　　*/s/ Nancy M. Juda*
　　　　　　　　　　　　　　　　　　　　NANCY M. JUDA

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. GEORGE
DOUGLAS WILENS
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/EFC system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Nancy M. Juda*
NANCY M. JUDA

# Mailing Information for a Case 1:07-cv-01530-CKK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Richard Freeman**
  srf@fwglaw.com
- **Nancy M. Juda**
  nancyj@csgrr.com
- **Daniel S. Sommers**
  dsommers@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- ```
  Robert J. Bahash
  1221 Avenue of the Americas
  New York, NY 10020
  212/512-2564
  ```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated | ) ) ) | Civil No. 1:07-cv-01530-CKK |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ROBERT J. BAHASH, | ) ) | |
| Defendant. | ) ) ) | |

<u>DECLARATION OF DAVID J. GEORGE FOR ADMISSION *PRO HAC VICE*</u>

I, David J. George, hereby declare that:

1)   I am partner in the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, 120 East Palmetto Park Road, Suite 500, Boca Raton, Florida  33432.  I am admitted to practice in the following jurisdictions:

| | |
|---|---|
| State of Florida | 1991 |
| U.S. District Court, Southern District of Florida | 1992 |
| U.S. District Court, Middle District of Florida | 1998 |
| U.S. District Court, Northern District of Florida | 1999 |
| U.S. Court of Appeals for the First Circuit | 2004 |

2)   I am in good standing in every jurisdiction where I have been admitted to practice.

3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4) On August 22, 2006, I was admitted *pro hac vice* in this Court with respect to *In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION*, Case No. 1:06-cv-00802-ESH.

Dated: January 9, 2008

/s/David J. George
DAVID J. GEORGE
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
561/750-3000  Telephone
561/750-3364  Facsimile
dgeorge@csgrr.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated | ) ) ) | Civil No. 1:07-cv-01530-CKK |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| ROBERT J. BAHASH, | ) ) ) | |
| Defendant. | ) ) ) | |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's Motion for the admission of David J. George in this case *pro hac vice*, it appearing to the Court that David J. George possesses the qualifications required by LCvR. 83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*, it is this ____ day of January, 2008, hereby:

ORDERED that the motion for the admission of David J. George *pro hac vice* is granted, and that he shall be permitted to participate and be heard in this matter in association with his local counsel.

HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record