UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated | ) ) ) | Civil No. 1:07-cv-01530-CKK |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| ROBERT J. BAHASH, | ) ) | |
| Defendant. | ) ) ) | |

MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rules of the United States District Court for the District of Columbia, the undersigned counsel hereby moves the Court to enter an Order granting leave to Robert J. Robbins of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of Proposed Lead Plaintiffs, Boca Raton Firefighters and Police Pension Fund, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1)      Mr. Robbins has been a member in good standing of the bar of Florida since September 20, 2002.

2)      There are no disciplinary proceedings against Mr. Robbins as a member of the bar in any jurisdiction.

3)      Mr. Robbins has represented to the undersigned counsel that he is familiar

with the Local Rules of the United States District Court for The District of Columbia.

4)      In further support of this motion, Mr. Robbins has submitted herewith his

declaration for admission *pro hac vice.*

DATED:  January 9, 2008                    COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           NANCY M. JUDA (DC Bar # 445487)


                                                  */s/ Nancy M. Juda*
                                           NANCY M. JUDA

                                           1100 Connecticut Avenue, N.W., Suite 730
                                           Washington, DC  20036
                                           Telephone:  202/822-6762
                                           202/828-8528 (fax)

                                           COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           DAVID J. GEORGE
                                           DOUGLAS WILENS
                                           ROBERT J. ROBBINS
                                           120 East Palmetto Park Road, Suite 500
                                           Boca Raton, FL  33432
                                           Telephone:  561/750-3000
                                           561/750-3364 (fax)

                                           COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           DAVID A. ROSENFELD
                                           MARIO ALBA, JR.
                                           58 South Service Road, Suite 200
                                           Melville, NY  11747
                                           Telephone:  631/367-7100
                                           631/367-1173 (fax)

                                           [Proposed] Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I caused a true and correct copy of the

foregoing document to be served:  electronically using the CM/EFC system which will

send notification of such filing to the e-mail addresses denoted on the attached Electronic

Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the

United States Postal Service to the non-CM/ECF participants indicated on the attached

Manual Notice List.

*/s/ Nancy M. Juda*
NANCY M. JUDA

# Mailing Information for a Case 1:07-cv-01530-CKK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Richard Freeman**
  srf@fwglaw.com
- **Nancy M. Juda**
  nancyj@csgrr.com
- **Daniel S. Sommers**
  dsommers@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- ```
  Robert J. Bahash
  1221 Avenue of the Americas
  New York, NY 10020
  212/512-2564
  ```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated | ) ) | Civil No. 1:07-cv-01530-CKK |
| | ) | CLASS ACTION |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT J. BAHASH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

DECLARATION OF ROBERT J. ROBBINS FOR ADMISSION *PRO HAC VICE*

I, Robert J. Robbins, hereby declare that:

1)      I am an associate in the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, 120 East Palmetto Park Road, Suite 500, Boca Raton, Florida  33432.  I am admitted to practice in the following jurisdictions:

| | |
|---|---|
| State of Florida | 2002 |
| U.S. District Court, Southern District of Florida | 2003 |
| U.S. District Court, Middle District of Florida | 2004 |
| U.S. District Court, Northern District of Florida | 2003 |
| U.S. Court of Appeals for the Eleventh Circuit | 2005 |

2)      I am in good standing in every jurisdiction where I have been admitted to practice.

3)       There are no disciplinary proceedings pending against me as a member of

the bar in any jurisdiction where I am admitted to practice.

4)       On August 22, 2006, I was admitted *pro hac vice* in this Court with

respect to *In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION*, Case

No. 1:06-cv-00802-ESH.


Dated: January 9, 2008                          */s/Robert J. Robbins*
                                                ROBERT J. ROBBINS
                                                COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
                                                120 East Palmetto Park Road, Suite 500
                                                Boca Raton, FL  33432
                                                561/750-3000  Telephone
                                                561/750-3364  Facsimile
                                                rrobbins@csgrr.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated | ) ) | Civil No. 1:07-cv-01530-CKK |
| | ) | CLASS ACTION |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT J. BAHASH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's Motion for the admission of Robert J. Robbins in

this case *pro hac vice*, it appearing to the Court that Robert J. Robbins possesses the qualifications

required by LCvR. 83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac*

*vice*, it is this _____ day of January, 2008, hereby:

ORDERED that the motion for the admission of Robert J. Robbins *pro hac vice* is granted,

and that he shall be permitted to participate and be heard in this matter in association with his local

counsel.

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record