UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT J. BAHASH,<br><br>      Defendant. | ) Civil No. 1:07-cv-01530-CKK<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED LEAD PLAINTIFF'S RESPONSE
TO COURT'S JANUARY 2, 2008 RULE 4(M) ORDER**

Proposed lead plaintiff Boca Raton Firefighters and Police Pension Fund (the "Boca Raton F & P Fund"), by and through its undersigned counsel, files this response to the Court's January 2, 2008 Rule 4(m) Order (the "Rule 4(m) Order") and states as follows:

1. On August 28, 2007, the law firm of Freeman, Wolfe & Greenbaum filed a class action Complaint styled, *Claude A. Reese v. Robert J. Bahash*, 1:07-cv-01530, for violations of the Federal Securities Laws (the "Complaint"). As set forth in the Rule 4(m) Order, there is no record that a copy of the Complaint has been served on Defendant Bahash by Plaintiff Reese or his counsel.

2. On October 29, 2007, pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the Boca Raton F & P Fund filed its Motion for Appointment as Lead Plaintiff and Motion for Approval of Selection of Lead Counsel ("the Lead Plaintiff Motion"). One other motion was filed by Bristol County Retirement System, Empire State Carpenters Annuity Fund, Empire State Carpenters Pension Fund and Empire State Carpenters

- 1 -

Welfare Fund (collectively, the "McGraw-Hill Investor Group"). Plaintiff Reese did not file a motion for appointment as lead plaintiff.

3. On November 12, 2007, the McGraw-Hill Investor Group filed a response to the Lead Plaintiff Motion, stating the McGraw-Hill Investor Group did not possess the largest financial interest and thus did not oppose Boca Raton F & P Fund's Lead Plaintiff Motion.

4. Therefore, on December 12, 2007, the Boca Raton Fund filed its Notice of Non-Opposition to the Lead Plaintiff Motion (the "Notice"), informing the Court that the Lead Plaintiff Motion is unopposed. As of the date of this response, the Court has not yet ruled on the Lead Plaintiff Motion.

5. If the Court grants the Lead Plaintiff Motion, counsel for Boca Raton F & P Fund will file a consolidated complaint that, among other things, will name additional defendants. As a result, in connection with filing the consolidated complaint, Boca Raton F & P Fund will serve both current and additional defendants as parties to the action.

6. Moreover, in light of the procedural mandates of the PSLRA and in an effort to conserve resources and proceed in an efficient manner, the establishment of a schedule for the filing of certain pleadings, pretrial motions, and related matters will promote the efficient conduct of this litigation.

7. In addition, counsel for Boca Raton F & P Fund has conferred with counsel for Plaintiff Reese, who does not oppose the relief requested herein.

8. Accordingly, proposed lead plaintiff Boca Raton F & P Fund respectfully requests that the Court enter an Order as follows:

(a) Appointing Boca Raton F & P Fund as lead plaintiff in this action and approving its selection of lead counsel;

      (b)      Authorizing Boca Raton F & P Fund, as lead plaintiff, to serve a copy of the Complaint on Defendant Bahash and file proof of service with the Court within 20 days of the Court's Order appointing lead plaintiff and approving its selection of lead counsel;

      (c)      Following service by Boca Raton F & P Fund, Defendant Bahash will not be required to respond to the Complaint;

      (d)      Establishing the following deadlines and instructions for filing of lead plaintiff's consolidated complaint and defendants' response thereto:

          (i)      On or before 65 days after the Court issues an Order appointing lead plaintiff, the appointed lead plaintiff shall file its consolidated complaint;

          (ii)      Lead Plaintiff will then have 30 days to cause process to be served on all named defendants and file proof of service with the Court, or file a status report with the Court that indicates why service has not been made;

          (iii)      At the expiration of the 30-day period for service, defendants shall then have 60 days to file and serve their response(s) to the consolidated complaint;

          (iv)      If defendants move to dismiss the consolidated complaint, lead plaintiff shall have 60 days to file its opposition to any motion to dismiss;

          (v)      Defendants shall have 30 days thereafter to file their reply in support of their motion(s) to dismiss; and

      (e)      Granting such other and further relief as this Court deems just and proper.

DATED:  January 16, 2008              COUGHLIN STOIA GELLER
                                                                RUDMAN & ROBBINS LLP
                                            NANCY M. JUDA (DC Bar # 445487)


                                                                    */s/ Nancy M. Juda*
                                                          NANCY M. JUDA

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. GEORGE
DOUG WILENS
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

- 5 -

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

                                                                   */s/ Nancy M. Juda*
                                                                   Nancy M. Juda

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated | ) ) ) | Civil No. 1:07-cv-01530-CKK |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| ROBERT J. BAHASH, | ) ) ) | |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER**

THIS CAUSE is before the Court on proposed lead plaintiff Boca Raton Firefighters and Police Pension Fund's (the "Boca Raton F & P Fund"), response to the Court's January 2, 2008 Rule 4(m) Order (the "Rule 4(m) Order"). It is hereby ORDERED that:

1.      Boca Raton F & P Fund is appointed as lead plaintiff in this action and its selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel is approved.

2.      Boca Raton F & P Fund shall serve a copy of the August 28, 2007 class action Complaint styled, *Claude A. Reese v. Robert J. Bahash*, 1:07-cv-01530, filed by the law firm of Freeman, Wolfe & Greenbaum, on Defendant Bahash and file proof of service with the Court within 20 days of the date of this Order. Following service by Boca Raton F & P Fund, Defendant Bahash will not be required to respond to the August 28, 2007 Complaint.

3.      The following deadlines and instructions are established for filing of lead plaintiff's consolidated complaint and defendants' response thereto:

- 1 -

      (a)      On or before 65 days after the date of this Order lead plaintiff shall file its consolidated complaint;

      (b)      Following filing of the consolidated complaint, lead plaintiff will then have 30 days to cause process to be served on all named defendants and file proof of service with the Court, or file a status report with the Court that indicates why service has not been made;

      (c)      At the expiration of the 30-day period for service, defendants shall then have 60 days to file and serve their response(s) to the consolidated complaint;

      (d)      If defendants move to dismiss the consolidated complaint, lead plaintiff shall have 60 days to file its opposition to any motion to dismiss; and

      (e)      Defendants shall have 30 days thereafter to file their reply in support of their motion(s) to dismiss.

DONE AND ORDERED this _____ day of January, 2008.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE