UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, 1900 Point View St., Los Angeles, California 90034, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. BAHASH,1221 Avenue Of The Americas, New York, New York 10020,<br><br>Defendant. | NO. 1:07-cv-01530-CKK<br><br>**PLAINTIFF'S STATUS REPORT CONCERNING SERVICE** |

    Plaintiff Claude A. Reese ("Plaintiff") presents the following Status Report in response to this Court's Order dated January 2, 2008 pursuant to Federal Rule of Civil Procedure 4(m), concerning service of the above-captioned Complaint on defendant Robert J. Bahash ("Defendant").

    Plaintiff filed this action against Defendant on August 28, 2007 alleging violations of, *inter alia*, Section 10(b) of the Securities and Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b) (b), and Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

    On October 29, 2007 counsel for Plaintiff filed a motion for appointment of lead plaintiff and approval of lead counsel pursuant to Section 21(D)(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), on behalf of the Bristol County Retirement System, Empire State Carpenters Annuity Fund, Empire State Carpenters Pension Fund, and Empire State Carpenters Welfare Fund (collectively, the "McGraw-Hill Investor Group"). Also on October 29, 2007 the Boca Raton Firefighters and Police Pension Fund ("Boca Raton F & P Fund") filed a competing motion seeking appointment as lead plaintiff and approval of lead counsel. Both motions are

currently pending.

On November 12, 2007, the McGraw-Hill Investor Group filed a response to Boca Raton F & P Fund's motion, stating that the McGraw-Hill Investor Group does not oppose Boca Raton F & P Fund's motion.

As of the date of this Status Report, counsel for defendant Robert J. Bahash ("Defendant") has not filed an appearance. Subsequent to the filing of lead plaintiff motions, counsel for Plaintiff conferred with counsel for the Boca Raton F & P Fund to ascertain whether they had been in contact with Defendant's counsel, or knew defense counsel's identity, in order to arrange for service of the Complaint or to obtain a Waiver of Service from Defendant. These efforts were unsuccessful; however, counsel for both parties agreed that Plaintiff Reese would attempt service of the Complaint at Defendant's place of business.

On January 9, Plaintiff's process server, Civil Action Group, Ltd./ APS International, informed counsel that it would attempt service at Defendant's business not later than January 10, 2008. Subsequently, on January 15, the process server informed counsel that it had "Attempted numerous times. Bahash refuses to come down to accept in hand." An Affidavit of Due and Diligent Attempt is attached hereto as Exhibit A.

Plaintiff is continuing the efforts to effectuate service on Defendant or obtain a waiver. In light of the foregoing, Plaintiff requests that the Court grant a reasonable extension of time to effectuate service the Complaint. Plaintiff shall, as soon as practicable, file a Proof of Service or obtain and file a Waiver of Service with this Court.

                    Respectfully submitted,

Dated: January 16, 2008           **FREEMAN, WOLFE & GREENBAUM, P.A.**


By: ___/s/_____
       Steven R. Freeman
Mercantile – Towson Building
409 Washington Avenue
Suite 300
Towson, MD  21204
Telephone:    (410) 321-8400
Facsimile:    (410) 321-8407

**O'ROURKE KATTEN & MOODY**
Joel L. Lipman
161 North Clark Street
Suite 2230
Chicago, IL 60601
Telephone:    (312) 849-2020
Facsimile:    (312) 849-2021

*Attorneys for Plaintiff Claude A. Reese*

# EXHIBIT A

1/10 '2008 8:20 AM   FROM: Civil Action Group Civil Action Group   TO: 81 (631) 647-9468   PAGE: 002 OF 002

Claude A. Reese, et. al., Plaintiff(s)
vs.
Robert J. Bahash, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 087242-0001

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
–Robert J. Bahash
Court Case No. 1:07-CV-01530

GLANCY, BINKOW, ET AL
Ms. Zahella Moore
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Customer File: McGrawhill

State of: **NEW YORK** ) ss.
County of: **SUFFOLK** )

**Name of Server:** __BRIAN NOLAN__, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Summons and Complaint; Consent to Trial before Magistrate Judge;
Initial Electronic Case Filing Order; Attorney/Participant Registration Form

**Service of Process on:** The undersigned attempted to serve the documents on
Robert J. Bahash

**Attempts:** and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: c/o The McGraw Hill Companies, Inc.
1221 Ave of the Americas, New York, NY 10020  1/10/08 at 2:15pm
Reason for Non-Service: I ARRIVED AT THE ABOVE ADDRESS AND ASKED FOR MR. BAHASH AND WAS TOLD ONE MINUTE, MR. O'CONNER CAME DOWN AND SAID HE WAS AUTHORIZED TO ACCEPT FOR MR. BAHASH, I INFORMED HIM I HAD TO SERVE MR. BAHASH PERSONALLY AND HE REPLIED HE IS NOT COMMING DOWN TO GET SERVED I AM THE CLOSEST YOU WILL GET TO HIM.
Dates/Time/Address Attempted:
Reason for Non-Service: THE ABOVE ADDRESS ON 1/11/08 at 3:15pm, the same as above.

[X] Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
BRIAN NOLAN
APS International, Ltd.

Subscribed and sworn to before me this 16 day of JANUARY, 20 08

Notary Public   (Commission Expires)