UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLAUDIA REESE,
Individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

ROBERT J. BAHASH,

    Defendant.

Civil Action No. 07-1530 (CKK)

# ORDER
(February 11, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 11th day of February, 2008, hereby

**ORDERED** that the Boca Raton F&P Fund's [6] motion for appointment as lead plaintiff and for approval of selection of lead counsel is GRANTED. The Boca Raton F&P Fund is appointed as lead plaintiff in this action, and its selection of lead counsel–Coughlin Stoia Geller Rudman & Robbins LLP–is approved; it is further

**ORDERED** that the McGraw-Hill Investor Group's [8] motion for appointment as lead plaintiff is DENIED; it is further

**ORDERED** that the Boca Raton F&P Fund may amend the complaint in this action on or before April 16, 2008 to, *inter alia*, add additional Defendants; it is further

**ORDERED** that, on or before May 16, 2008, the Boca Raton F&P Fund shall serve all defendants with the amended complaint and file proof of service with the Court; it is further

**ORDERED** that, on or before May 30, 2008, the parties shall file a *joint* status report

with the Court as to how they wish to proceed in this matter.  The Court shall set any necessary briefing schedules at the Initial Scheduling Conference in this matter, to be held after all defendants are served with any amended complaint.  The parties shall not file dispositive motions (motions to dismiss and/or motions for summary judgment) until the Court sets a briefing schedule.

**SO ORDERED**.

                                             /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge