UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. BAHASH,<br><br>Defendant. | ) Civil No. 1:07-cv-01530-CKK<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Lead Plaintiff Boca Raton Firefighters and Police Pension Fund, individually and on behalf of all others similarly situated ("Plaintiff"), pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby seeks leave of Court for a three-week extension of time as to all dates set forth in this Court's Order dated February 11, 2008 (the "Order"), and in support, states as follows:

1. Pursuant to the Order, Plaintiff may amend the Complaint in this action on or before April 16, 2008. The Order also provides that Plaintiff is required to serve its amended complaint on all defendants and file proof of service with the Court on or before May 16, 2008. The Order further provides that the parties shall file a joint status report with the Court as to how they wish to proceed in this matter on or before May 30, 2008.

2. Due to certain obligations which were unknown to Plaintiff's counsel David George until early March, Mr. George has been out of the office for the past three

weeks taking depositions in another case. These depositions occurred in a case Mr. George was not previously involved in, were scheduled on very short notice, and required out-of-state travel for the majority of the relevant three-week period.

3. In addition, Robert Robbins, Mr. George's senior colleague assisting him with respect to this case, has been on family medical leave for the past two weeks due to the birth of his first child and is not scheduled to return until the week of April 7th.

4. As a result of these circumstances, Plaintiff respectfully requests that this Court grant a three-week extension of time as to all dates set forth in the Order. Thus, Plaintiff would have until May 7, 2008 to file an amended complaint in this action, and until June 6, 2008 to serve the Complaint on all defendants. The parties would then have until June 20, 2008 to file a joint status report with the Court as to how they wish to proceed in this matter.

5. Defense counsel had not appeared in this litigation as of the time of the filing of this Motion.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b) allows this Court to grant motions for enlargements of time within its sound discretion. Where, as here, the extension is for a limited amount of time, and the extension will not prejudice either party, the moving party's request for an extension should be granted. Defendants will not be prejudiced by this extension as they will still have adequate time to respond to the amended complaint after it is served.

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of time until May 7, 2008 to amend the Complaint, until June 6, 2008 to serve its Complaint on all defendants, and until June 20, 2008 for the parties to file a joint status report with the Court as to how they wish to proceed in this matter.

DATED: April 2, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. GEORGE (*pro hac vice*)
DOUGLAS WILENS (*pro hac vice*)
ROBERT J. ROBBINS (*pro hac vice*)


            */s/ David J. George*
             DAVID J. GEORGE

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA (DC Bar # 445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

**Lead Counsel for Plaintiff**

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

**Additional Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

>   */s/ David J. George*
>   DAVID J. GEORGE

## Mailing Information for a Case 1:07-cv-01530-CKK

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Richard Freeman**
  srf@fwglaw.com,lipmanjoel@gmail.com
- **Nancy M. Juda**
  nancyj@csgrr.com
- **Daniel S. Sommers**
  dsommers@cmht.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated ) ) ) Plaintiff, ) ) vs. ) ) ROBERT J. BAHASH, ) ) Defendant. ) ) ) | Civil No. 1:07-cv-01530-CKK <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Upon consideration of Lead Plaintiff Boca Raton Firefighters and Police Pension Fund's Motion for Extension of Time as to all dates set forth in this Court's Order dated February 11, 2008, it is hereby ORDERED that the motion is GRANTED.

Lead Plaintiff shall have until May 7, 2008 to amend the Complaint, and until June 6, 2008 to serve its Complaint on all defendants; and the parties shall have until June 20, 2008 to file a joint status report with the Court as to how they wish to proceed in this matter.

SO ORDERED on _____ 2008.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record