IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLAUDE A. REESE, Individually and on Behalf of all Others Similarly Situated,

              Plaintiff,

v.

THE MCGRAW-HILL COMPANIES, INC., HAROLD MCGRAW III, and ROBERT J. BAHASH,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:07-CV-01530 CKK

## NOTICE OF ENTRY OF APPEARANCE

        PLEASE TAKE NOTICE that Roy L. Regozin of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for The McGraw-Hill Companies, Inc., Harold McGraw III and Robert J. Bahash in the above-captioned proceeding.  I certify that I am admitted to practice in this court.

Dated:  June 10, 2008                      Respectfully submitted,

                                            _s/ Roy L. Regozin_____
                                            Roy L. Regozin  (D.C. Bar # 74286)
                                            CAHILL GORDON & REINDEL LLP
                                            1990 K Street, N.W. - Suite 950
                                            Washington, D.C.  20006
                                            Telephone:  (202) 862-8900
                                            Facsimile:  (202) 862-8958

        Floyd Abrams
        Susan Buckley
        CAHILL GORDON & REINDEL LLP
        80 Pine Street
        New York, New York 10005
        Telephone:  212-701-3000
        Facsimile:  212-269-5420

*Attorneys for Defendants The McGraw-Hill Companies, Inc., Harold W. McGraw, III and Robert J. Bahash*