IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLAUDE A. REESE, Individually and on Behalf of  :
all Others Similarly Situated,
                                                :
                Plaintiff,
                                                :   Case No. 1:07-CV-01530 CKK
        v.                                      :
                                                :
THE MCGRAW-HILL COMPANIES, INC.,
HAROLD MCGRAW III, and ROBERT J.                :
BAHASH,
                                                :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT MOTION AND PROPOSED ORDER TO TRANSFER VENUE
OF ACTION TO THE SOUTHERN DISTRICT OF NEW YORK**

Pursuant to 28 U.S.C. § 1404(a), Defendants The McGraw-Hill Companies, Inc., Harold W. McGraw, III and Robert J. Bahash (collectively, the "Defendants"), by and through their undersigned counsel, hereby respectfully request, in the interest of justice and for the convenience of the parties and witnesses, that the Court transfer this action to the United States District Court for the Southern District of New York. Plaintiffs have consented to this motion.

As grounds for their motion, Defendants state as follows:

1.      This action was originally filed by Plaintiff Claude A. Reese ("Reese") in the District for the District of Columbia on August 28, 2007 (the "Original Complaint"). Reese asserts he is a resident of the State of California.

2. On February 11, 2008, this Court appointed the Boca Raton Firefighters and Police Pension Fund as Lead Plaintiff in this action. Lead Plaintiff filed a "Consolidated Class Action Complaint for Securities Fraud" on May 7, 2008 (the "Amended Complaint"). Lead Plaintiff is a resident of the State of Florida.

3. As alleged in the Amended Complaint, Defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill") is a New York corporation with its principal place of business located at 1221 Avenue of the Americas, New York, New York 10020. Defendant Harold W. McGraw, III is the Chairman of the Board, President and Chief Executive Officer of McGraw-Hill. Defendant Robert J. Bahash is an Executive Vice President and the Chief Financial Officer of McGraw-Hill. Neither Mr. McGraw nor Mr. Bahash is a resident of the District of Columbia.

4. Defendants do not believe that any of the the claims or events alleged in either the Original Complaint or the Amended Complaint arise out of, or have any connection with, any conduct, activities or occurrences in the District for the District of Columbia. Plaintiffs believe that the claims and events described in the Original Complaint and the Amended Complaint had an effect on stockholders of The McGraw Hill Companies, Inc. in the District of the District of Columbia but agree that the Southern District of New York would be a more convenient and efficient forum for most witnesses and parties.

5. The United States District Court for the Southern District of New York would be the most convenient forum for the necessary and proper witnesses and a trial in that forum would be less costly and would result in a greater savings of time for many of the parties concerned.

6. The United States District Court for the Southern District of New York is a court where this action might have been originally brought.

For the foregoing reasons and consistent with the intent and purpose of 28 U.S.C. § 1404, Defendants respectfully request, with the consent of Lead Plaintiff, that the Court transfer this action to the United States District Court for the Southern District of New York

Dated:   June 10, 2008                              Respectfully submitted,


  s/ Roy L. Regozin
Roy L. Regozin (D.C. Bar # 74286)
CAHILL GORDON & REINDEL LLP
1990 K Street, N.W. - Suite 950
Washington, D.C.  20006
Telephone:  (202) 862-8900
Facsimile:  (202) 862-8958


Floyd Abrams
Susan Buckley
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420

*Attorneys for Defendants  The McGraw-Hill Companies, Inc., Harold W. McGraw, III and Robert J. Bahash*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLAUDE A. REESE, Individually and on Behalf of : all Others Similarly Situated,

                    Plaintiff,

                      v.

THE MCGRAW-HILL COMPANIES, INC.,
HAROLD MCGRAW III, and ROBERT J.
BAHASH,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:07-CV-01530 CKK

## [PROPOSED] ORDER TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK

Upon consideration of the Consent Motion to Transfer Venue of Action to the Southern District of New York filed by Defendants The McGraw-Hill Companies, Inc., Harold W. McGraw, III and Robert J. Bahash, the Court finds that in the interest of justice and for the convenience of the parties and witnesses, this action should be transferred from the District for the District of Columbia to the Southern District of New York.

IT IS THEREFORE ORDERED AND DECREED that this action, which properly could have been brought against the Defendants in the Southern District of New York, be and it is hereby transferred to the Southern District of New York.

SO ORDERED this ___ day of _____, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge