IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLAUDE A. REESE, Individually and on Behalf of  :
all Others Similarly Situated,

                                                          :

                Plaintiff,                    Case No. 1:07-CV-01530 CKK

                                                          :

                v.

                                                          :

THE MCGRAW-HILL COMPANIES, INC.,
HAROLD MCGRAW III, and ROBERT J.         :
BAHASH,

                                                          :

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STATEMENT OF DEFENDANT THE MCGRAW-HILL
COMPANIES, INC. PURSUANT TO FED. R. CIV. P. 7.1**

      Pursuant to Fed. R. Civ. P. 7.1, defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill") states that:

      1.      McGraw-Hill has no parent corporation.

      2.      The only company that owns 10% or more of the stock of McGraw-Hill is T. Rowe Price Associates, Inc., a subsidiary of T. Rowe Price Group, Inc., a publicly-traded company.

Dated:  June 10, 2008                     Respectfully submitted,

                                                          _s/ Roy L. Regozin_____
                                                          Roy L. Regozin (D.C. Bar # 74286)
                                                          CAHILL GORDON & REINDEL LLP
                                                          1990 K Street, N.W. - Suite 950
                                                          Washington, D.C. 20006
                                                          Telephone: (202) 862-8900
                                                          Facsimile: (202) 862-8958

Floyd Abrams
Susan Buckley
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420

*Attorneys for Defendants The McGraw-Hill Companies, Inc., Harold W. McGraw, III and Robert J. Bahash*