IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x

CLAUDE A. REESE, Individually and on Behalf of
all Others Similarly Situated,

               Plaintiff,

v.

THE MCGRAW-HILL COMPANIES, INC.,
HAROLD MCGRAW III, and ROBERT J.
BAHASH,

               Defendants.

------------------------------------x

Case No. 1:07-CV-01530 CKK

## ORDER TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK

Upon consideration of the Consent Motion to Transfer Venue of Action to the Southern District of New York filed by Defendants The McGraw-Hill Companies, Inc., Harold W. McGraw, III and Robert J. Bahash, the Court finds that in the interest of justice and for the convenience of the parties and witnesses, this action should be transferred from the District for the District of Columbia to the Southern District of New York.

IT IS THEREFORE ORDERED AND DECREED that this action, which properly could have been brought against the Defendants in the Southern District of New York, be and it is hereby transferred to the Southern District of New York.

SO ORDERED this 18th day of June, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge